No. 385. LIVESAY INDUSTRIES, INC., ET AL. *v.* LIVESAY WINDOW CO., INC., ET AL. C. A. 5th Cir. Certiorari denied. *Henry M. Sinclair* and *J. M. Flowers* for petitioners. *Ralph L. Chappel* and *Walter Humkey* for respondents.

No. 387. DELTA AIR LINES, INC., *v.* EDWARDS, ADMINISTRATOR. C. A. 5th Cir. Certiorari denied. *James N. Frazer* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Melva M. Graney* and *Joseph Kovner* for respondent.

No. 372. GINSBURG *v.* SULLIVAN, U. S. DISTRICT JUDGE, ET AL. C. A. 7th Cir. Certiorari denied. *Paul Ginsburg, pro se. George B. Christensen* and *Thomas A. Reynolds* for respondents.

No. 389. CRAVENS ET AL. *v.* CITY OF AMARILLO. Court of Civil Appeals of Texas, Seventh Supreme Judicial District. Certiorari denied. *Cleo G. Clayton, Jr.* for petitioners. *W. W. Gibson* for respondent.

No. 393. FURNISH *v.* BOARD OF MEDICAL EXAMINERS OF CALIFORNIA. C. A. 9th Cir. Certiorari denied. *Murray M. Chotiner* and *Russell E. Parsons* for petitioner.

No. 395. PITTSBURGH RAILWAYS CO. *v.* AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY AND MOTOR COACH EMPLOYEES OF AMERICA, DIVISION 85. Supreme Court of Pennsylvania, Western District. Certiorari denied. *Charles Monroe Thorp, Jr.* for petitioner. *I. J. Gromfine, Bernard Cushman, Herman Sternstein* and *Frank R. Bolte* for respondent.